# DILLON, BITAR & LUTHER, L.L.C.

## COUNSELLORS AT LAW

P.O. BOX 398
MORRISTOWN, N.J.  07963-0398

WWW.DBL-LAW.COM

ROBERT E. BARTKUS
MEMBER

(973) 539-3100

E-MAIL: RBARTKUS@DBL-LAW.COM
FAX: (973) 292-2960
MOBILE: (201) 400-4777

ADMITTED IN NJ, NY AND CA

May 14, 2010

Clerk
United States District Court
United States Courthouse
Newark, NJ 07101-0999

> Re:  Koger, Inv. v. Klco, et al., 08cv4175 (SRC)

Dear Sir:

Please accept this letter as a request pursuant to Local Rule 7.1(d)(5) for an automatic extension of time of 14 days in which the served defendants may respond to plaintiff's motion for reconsideration filed May 11th returnable June 7th.

Pursuant to the Rule, the new return date will be June 21st and the new date to file opposition will be June 7th.

As discussed during the telephone conference with the Court on the matter, I may request additional time to respond because of the nature of the Slovak proceedings on which plaintiff is relying. That plaintiff failed to inform the Court in its motion papers that the Slovak decision on which it relies is on appeal and carries no precedential weight in Slovakia, that the decision was made without notice to my client and that plaintiff had commenced several similar actions in Slovakian courts for the same relief (without any similar "decision") all complicate defendants' opposition and may necessitate additional time.

Respectfully,
/s
Robert E. Bartkus

REB/mz
Via ECF and Mail
Cc:  The Hon. Stanley R. Chesler (via ECF and mail)
     Matthew Wapner, Esq. (via ECF and mail)
     Priscilla Lee, Esq. (via ECF and mail)
     William Wallach, Esq. (via ECF and mail)

SO ORDERED:
_____
                          U.S.D.J.